UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kyra Isabel Nelson, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>Wells Fargo Bank N. A , )<br>)<br>Appellee )<br>) | Civil Action No. 25-CV-11178-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 46] entered on 3/13/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 3/13/2026                                                                                   By the Court,

/s/ Courtney Horvath
Deputy Clerk